IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:00cr109-ID |
| | ) | WO |
| ANITA YATES | ) | |

## <u>ORDER ON MOTION</u>

This case is before the court on defendant Anita Yates' motion for release pending retrial or dismissal filed April 17, 2006 (Doc. #505). Defendant's motion acknowledges that the Court of Appeals' mandate has not issued in this case,[1] but contends that "this in itself is no reason to deny release." Motion at 2. However, a district court does not have jurisdiction to rule in a case that is on appeal, despite the entry of a decision by the circuit court, until a mandate has been issued. <u>Zaklama v. Mount Sinai Med. Ctr.</u>, 906 F.2d 645, 649 (11th Cir.1990). Once a litigant seeks and obtains a stay of the mandate in order to prepare a petition for certiorari, the case cannot proceed in district court. <u>See</u> <u>United States v. Sears</u>, 411 F.3d 1240, 1242 (11th Cir. 2005). Issuance of the mandate is required for jurisdiction to return to the district court. <u>Id</u>. at 1241.

Accordingly, and for good cause, it is

ORDERED that the motion for release be and hereby is DENIED.

---

[1] On February 23, 2006, the Eleventh Circuit stayed issuance of the mandate in this case until the filing of a copy of an order of the Supreme Court denying the writ of certiorari, or upon expiration of the stay granted until May 15, 2006, unless a certificate of the Clerk of the Supreme Court that a certiorari petition has been filed is filed with the Clerk of the Eleventh Circuit within the applicable period. (Doc. # 507-2).

DONE, this 4th day of May, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE