IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:00cr109-LSC |
| | ) | |
| ANTON PUSZTAI (1) and | ) | |
| ANITA YATES (2) | ) | |

## **ORDER**

Upon consideration of Defendant Pusztai's Motion for Speedy Trial, and the Government's Motion for Extension of Time Within Which to Retry Defendants, and after oral argument on the motion at a hearing held September 7, 2006, this Court finds:

(1) due to the unavailability of witnesses and other factors resulting from the passage of time since this case was initially tried, a retrial within seventy days from July 20, 2006, is impractical;

(2) by a preponderance of the evidence, that the Government has made an official request to the Ministry of Justice in Romania for evidence of the offenses charged, and it reasonably appears that when the request was made the evidence existed in Romania;

(3) defendant Yates has no opposition to the Government's Motion, and requests additional time beyond September 28, 2006, to effectively prepare for a retrial;

(4) the ends of justice are served by promoting judicial economy in joining the defendants for a retrial, rather than holding two separate trials, in that this is a complex case; and

(5) the time from August 10, 2006, until September 19, 2006 when this Court disposed of defendant Pusztai's Motion for Speedy Trial, is excluded from the computation of speedy trial time.

THEREFORE, IT IS HEREBY ORDERED that the period of time between July 20, 2006, and the trial date is excluded from the time required to retry this case pursuant to 18 U.S.C. § 3161(e), (h)(1)(F), (h)(8)(A), and (h)(9).

This case is set for jury trial on February 20, 2007.

Done this 19th day of September 2006.

_____ 2620
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE