IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 2:00-CR-109-LSC |
| | ) | |
| ANITA YATES | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss Count 22 of the Indictment heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

Done this 3rd day of April 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019